

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Lisa Insinga individually and on
behalf of all others similarly
situated

        **Plaintiff**

Docket No. 10-2936

-against-

NCO Financial Systems, Inc.

        **Defendant**

------------------------------------------------------------

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to the Plaintiff but without prejudice to the putative class and without costs to either party.

S//JOSEPH M. MAURO      2-22-2011
Joseph M. Mauro              Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S//AARON R. EASLEY      2-22-2011
Aaron R. Easley, Esq          Date
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203,
Flemington, NJ 08822-5736

*Case closed.*
*So ordered.*

U.S.D.J. Arthur D. Spatt
2/25/11